IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANCIS CHRISTINE BEARD**                                                           PLAINTIFF

v.                              CASE NO. 4:24-CV-00803-BSM

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                                         DEFENDANT

## ORDER

After careful review of the record, the recommended disposition of United States Magistrate Judge Edie R. Ervin [Doc. No. 9] is adopted and this case is remanded to permit the ALJ to consider and develop the record regarding Francis Beard's bipolar disorder.

IT IS SO ORDERED this 16th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE